**Order entered March 25, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-12-01018-CR

### STEPHEN COLEMAN SHOCKLEY, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 366th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 366-82727-09**

## ORDER

On February 14, 2013, we ordered the trial court to make findings regarding the reporter's record in this appeal. We **ADOPT** the findings that: (1) appellant desires to pursue the appeal; (2) appellant is indigent and entitled to proceed without payment for the record; (3) Talmadge Nix was appellant's trial attorney and is also handling the appeal; (4) Janie Lindley is the court reporter who recorded the proceedings; (5) Ms. Lindley did not prepare the record because she had not been paid to do so; (6) the trial court informed Ms. Lindley that appellant has been declared indigent and she is to prepare the record for the appeal; and (7) Ms. Lindley needs sixty days to complete the reporter's record.

We **ORDER** court reporter Janie Lindley to file the complete reporter's record, including exhibits, by **MAY 28, 2013**.

We **DIRECT** the Clerk to add Ms. Lindley to the Court's case management system so that she will receive the proper notices regarding the appeal.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to Janie Lindley, court reporter, and to counsel for all parties.


/s/     DAVID EVANS
        JUSTICE